IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01243-CNS-KAS

EVELIN PRECIADO, individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

RUGSUSA, LLC,

        Defendant.

---

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

The production of privileged or work-product-protected documents, electronically stored information ("ESI"), or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

DATED: August 4, 2025          By: */s/ Thomas N. McCormick*
                               Thomas N. McCormick (Cal. Bar No. 325537)
                               tnmccormick@vorys.com
                               VORYS, SATER, SEYMOUR AND PEASE LLP
                               2211 Michelson Drive, Suite 500

Irvine, CA 92612
Telephone: (949) 526-7903
Fax: (949) 526-7903

Marcel C. Duhamel (OH Bar No. 62171)
mcduhamel@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327
Telephone: (216) 479-6100
Fax: (216) 937-3722

Joseph M. Brunner (OH Bar No. 85485)
jmbrunner@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
301 East 4th Street Great American Tower, Suite 3500
Cincinnati, OH 45202
Telephone: (513) 723-4099
Fax: (513) 723-4099

Patrick Akers (Colorado Bar No. 54803)
pakers@markuswilliams.com
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
Fax: 303-830-0809

*Attorneys for Defendant RugsUSA, LLC*

DATED: August 4, 2025          By: */s/ Vivek Kothari (authorized via email on August 4, 2025)*
Vivek Kothari (Cal. Bar No. 262842)
vivek@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

2

Neal Deckant
deckant@bursor.com
Julian C. Diamond
jdiamond@bursor.com
Matthew A. Girardi
mgirardi@bursor.com
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, Floor 32
New York, NY 10019
Telephone: (646) 837-7150

Brent Boos (Co. Bar No. 59007)
brent@kingsiegel.com
KING & SIEGEL LLP
4793 Tantra Dr.
Boulder, CO 80305
Telephone: (909) 287-4641

*Attorneys for Plaintiff*

**SO ORDERED:**

DATED:     August 5, 2025

_____

Hon. Kathryn A. Starnella
United States Magistrate Judge

3