IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 25-cv-01243-CNS-KAS | Date: November 5, 2025 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| EVELIN PRECIADO | *Gabriel Doble* |
| **Plaintiff** | |
| v. | |
| RUGSUSA LLC | *P. Craig Cardon* |
| **Defendant** | |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:00 p.m.

Appearance of counsel.

Argument as to [30] Defendant RugsUSA, LLC's Motion to Dismiss given by Mr. Cardon and Mr. Doble with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[30] Defendant RugsUSA, LLC's Motion to Dismiss is GRANTED in part and DENIED in part.**

Discussion held on discovery.

**ORDERED:** **Settlement conference with the magistrate judge is authorized.**

Discussion held on Motion for Judgment as a Matter of Law, certification to the Colorado Supreme Court, and summary judgment briefing.

**ORDERED: Motion for Judgment as a Matter of Law will not be precluded.**

**Request for certification is DENIED.**

Court in Recess: 1:57 p.m.         Hearing concluded.         Total time in Court: 00:57